■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BLANCA CRUZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered March 24, 1983, convicting her of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The alleged errors of law were not properly preserved for review *(see,* CPL 470.05 [2]). As the charge, taken in its entirety, adequately explained the concepts of proof necessary before a defendant may be convicted in a criminal case, reversal is not warranted in the interest of justice *(see, People v Townes,* 104 AD2d 1057; *People v Thompson,* 97 AD2d 554; *People v Ortiz,* 92 AD2d 595). We have reviewed the defendant's other contention and decline to reverse on that ground

in the interest of justice. Mollen, P. J., Mangano, Gibbons and Bracken, JJ., concur.